IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DE JESUS RODRIGUEZ,

    Petitioner,                   No. CIV S-05-1558 DFL DAD P

    vs.

BILL LOCKYER, Attorney General
of the State of California,

    Respondent.                <u>ORDER</u>

        Petitioner is a former state prisoner proceeding pro se with a petition for writ of habeas corpus. Petitioner paid the required filing fee when he submitted his petition on June 28, 2005. Petitioner has now filed an amended petition and paid an additional $5.00. Petitioner is informed that federal courts impose a single filing fee per case. The filing fee for this case was fully paid on June 28, 2005, and no further fee is required as long as the case is proceeding in the district court. The Clerk of the Court will be directed to refund petitioner's $5.00 overpayment.

        Petitioner's amended petition appears to be a response to multiple orders issued in a duplicative habeas action that is now closed. Petitioner has not been directed to file an amended petition in this action, and the proposed amended petition does not appear to cure the deficiencies noted in the court's April 27, 2006 order directing respondent to file a response to the petition that was filed on June 28, 2005.

1  Accordingly, IT IS ORDERED that:

2  1. The amended petition filed May 1, 2006, will be disregarded;

3  2. The Clerk of the Court shall refund the $5.00 payment submitted by petitioner

4  on May 2, 2006; and

5  3. The Clerk of the Court is directed to transmit a copy of this order to the

6  Financial Department of the court.

7  DATED: May 5, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
rodr1558.dis