IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DE JESUS RODRIGUEZ,** | CIV S-05-1558 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **BILL LOCKYER, Attorney General of the State of California,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 26, 2006, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: May 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodr1558.extresp