IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE DE JESUS RODRIGUEZ,** | CIV S-05-1558 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **BILL LOCKYER, Attorney General of the State of California,** | |
| Respondent. | |

Respondent has requested a second thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent's June 21, 2006 application is granted and Respondent's time in which to file a response to the petition for writ of habeas corpus filed by Petitioner is extended to July 26, 2006.

DATED: June 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodr1558.extresp2