IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DE JESUS RODRIGUEZ,

    Petitioner,                      No. CIV S-05-1558 DFL DAD P

    vs.

BILL LOCKYER, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner has moved for appointment of counsel to represent him on his interlocutory appeal from this court's order disregarding an amended petition.  This motion will be denied without prejudice to the filing of a renewed motion in the United States Court of Appeals.  Petitioner has also submitted two documents in which he cites state law, claims he is entitled to a new trial, and demands a certificate of probable cause.  Petitioner has not demonstrated that there is any writ that this court can or should issue in this action.  IT IS HEREBY ORDERED that petitioner's August 28, 2006 motion and petitions are denied.

DATED: September 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
rodr1558.110