IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DE JESUS RODRIGUEZ,

    Petitioner,                  No. CIV S-05-1558 DFL DAD P

    vs.

BILL LOCKYER, Attorney General
of the State of California,

    Respondent.              ORDER
_____/

        Petitioner is a former state prisoner proceeding pro se with a petition for writ of habeas corpus. By order filed April 27, 2006, the court directed respondent to file a response to the petition.[1] Respondent has moved to dismiss the petition on the grounds that this court lacks jurisdiction, that the petition is successive, untimely, and unexhausted, and that, as to Ground One, the petition fails to state a cognizable federal question.

        Respondent's motion includes a certificate of service reflecting that on July 26, 2006, the motion was served on petitioner by mail at his address of record. Petitioner was required to file opposition or a statement of non-opposition to respondent's motion within thirty

---

[1] Respondent was directed to file a response so that a record could be made with regard to such matters as jurisdiction, exhaustion of state court remedies, and application of the statute of limitations. (Order filed Apr. 27, 2006, at 2.)

1

1  days, plus three for mailing, after July 26, 2006.  See Order filed Apr. 27, 2006, at 3 ("If the
2  response to petitioner's habeas petition is a motion, petitioner's opposition or statement of non-
3  opposition to the motion shall be filed and served within thirty days after the motion is served.").
4  The court previously denied petitioner's premature motions for relief from untimeliness and
5  advised petitioner that, "[i]f respondent moves to dismiss the habeas petition on timeliness
6  grounds, petitioner should set forth his arguments concerning timeliness in opposition to the
7  motion." Id. at 2.

8          In the interests of justice, the court will grant the pro se petitioner an extension of
9  time to file and serve his opposition or statement of non-opposition to respondent's motion to
10 dismiss.

11         Accordingly, IT IS HEREBY ORDERED that:

12         1. Petitioner shall file and serve his opposition or statement of non-opposition to
13 respondents' July 26, 2006 motion to dismiss within thirty days after this order is served; and

14         2. Respondent's reply shall be filed and served within fifteen days after petitioner
15 serves any opposition to the motion to dismiss.

16 DATED: September 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:13
rodr1558.opp

2