IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DE JESUS RODRIGUEZ,

      Petitioner,                        No. CIV S-05-1558 DFL DAD P

      vs.

BILL LOCKYER, Attorney General
of the State of California,

      Respondent.                ORDER

                                  /

        Petitioner, a former state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 18, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2006, are adopted in full;

2. Respondent's July 26, 2006 motion to dismiss is granted; and

3. This action is dismissed with prejudice for lack of subject matter jurisdiction and as barred by the statute of limitations.

DATED:  3/7/2007

*[signature]*

DAVID F. LEVI
United States District Judge