IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS RODRIGUEZ,<br><br>               Petitioner,<br><br>   vs.<br><br>BILL LOCKYER, Attorney General of the State of California,<br><br>               Respondent. | No. 2:05-cv-01558-JKS-DAD<br><br>ORDER DENYING<br>CERTIFICATE OF APPEALABILITY |

      At Docket No. 46 Petitioner, a state prisoner proceeding *pro se*, has timely filed a Notice of Appeal from the judgment entered herein on March 8, 2007.

      Before Petitioner can appeal this decision, a Certificate of Appealability ("COA") must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A COA should be granted when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal quotation marks and citations omitted)).  In this case, no reasonable jurist could find that this Court had jurisdiction or that the petition filed was not barred by the statute of limitations.  For this reason, the Court declines to issue a Certificate of Appealability; any further request for a Certificate of Appealability must be addressed to the Court of Appeals.  *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.

      IT IS SO ORDERED.

      Dated: January 16, 2008

                                                            s/ James K. Singleton, Jr.<br>
                                                    JAMES K. SINGLETON, JR.<br>
                                                    United States District Judge